CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

JUL 19 2005

JOHN F. CORCORAN, CLERK
BY:
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERITH T. SCOTT, | ) | |
| Plaintiff, | ) | Civil Action No. 7:05-CV-00310 |
| | ) | |
| v. | ) | **MEMORANDUM OPINION** |
| | ) | |
| DAVID BRAXTON, ET AL., | ) | By:   Hon. Glen E. Conrad |
| Defendants. | ) | United States District Judge |

Plaintiff Jerith T. Scott, a Virginia inmate proceeding pro se, brought a civil rights action pursuant to 42 U.S.C. § 1983, with jurisdiction vested under 28 U.S.C. § 1343. On June 23, 2005, this court directed Scott to sign and return a consent form to withhold the $250.00 filing within twenty (20) days or risk dismissal of this action. Scott has not complied with this order. Therefore, this court dismisses this complaint without prejudice for failure to comply with a court order. If Scott wishes to pursue this matter he may refile the complaint. An appropriate order will be entered this day.

ENTER: This ___19th___ day of July, 2005.

_____
UNITED STATES DISTRICT JUDGE