CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 0 2 2007

JOHN F. CORCORAN, CLERK
BY:
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | | |
|---|---|---|
| JERITH T. SCOTT, | ) | |
|     Plaintiff, | ) | Civil Action No. 7:05cv00310 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| WARDEN DAVID BRAXTON, | ) | By: Hon. Glen E. Conrad |
| et al., | ) | United States District Judge |
|     Defendants. | ) | |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

as follows:

1. The Magistrate Judge's Report and Recommendation is adopted in whole.

2. Defendants' objections to the Report and Recommendation are overruled.

3. Final judgment shall be and hereby is entered in favor of the defendants as to the plaintiff's excessive force claim against S. Day, M. Thacker, R. Phipps, L. Fleming, G. Kendrick, R. Boyd, and B. Berg.

4. Final judgment shall be and hereby is entered in favor of the defendants as to the plaintiff's failure to protect claims against K. McCoy, D. Fleming, S. Fleming, R. Boyd, B. Berg, and J. Mullins.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and to counsel for the defendants.

ENTER: This 2d day of May, 2007.

                                            /s/ Glen E. Conrad
                                            United States District Judge