CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 10 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JERITH T. SCOTT, )<br>    Plaintiff, ) | Civil Action No. 7:05cv00310 |
| ) | |
| v. ) | ORDER |
| ) | |
| WARDEN DAVID BRAXTON, )<br>et al., )<br>    Defendants. ) | By: Hon. Glen E. Conrad<br>United States District Judge |

For the reasons stated in the accompanying memorandum opinion, it is now

**ORDERED**

that plaintiff's objections to the Magistrate Judge's Report and Recommendation of March 21, 2007, are **OVERRULED**.

The Clerk is directed to send certified copies of this order and the accompanying memorandum opinion to the plaintiff and to counsel for the defendants.

ENTER: This 10th day of May, 2007.

_____
United States District Judge